# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-363-GW(SPx) | | Date | April 30, 2019 |
|---|---|---|---|---|
| Title | *James Rutherford v. Yang Soon Lee, et al.* | | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:      IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On April 26, 2019, Plaintiff James Rutherford filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for May 30, 2019 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss is filed by noon on May 29, 2019.

:

Initials of Preparer   JG